Argued and submitted November 19, reversed and remanded December 15, 1999

# CHARLES M. KEENAN,
*Appellant,*

*v.*

# Joan PALMATEER,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(94C-11097; CA A105276)

991 P2d 1107

Steven H. Gorham argued the cause and filed the brief for appellant.

Brendan C. Dunn, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

**PER CURIAM**

Plaintiff appeals from a judgment dismissing a writ of habeas corpus, ORS 34.680(1), for lack of jurisdiction because plaintiff had been transferred to a correctional institution outside of Marion County. That dismissal, as the state acknowledges on appeal, was erroneous. *See McGee v. Johnson*, 161 Or App 384, 387, 984 P2d 341 (1999) ("[J]urisdiction vested upon the issuance of the writ and cannot be divested merely upon a change in the physical location of a plaintiff.").

Reversed and remanded.